United States Bankruptcy Court

District of Maryland

In re:  
Raifle Alondo Demetrius  
    Debtor

Case No. 24-18542-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Jan 14, 2025     Form ID: 318     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raifle Alondo Demetrius, 6431 Towncrest Court West, Frederick, MD 21703-1842 |
| 32671487 | + | Stdptfcu, 1630 King Street, Alexandria, VA 22314-2763 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32672354 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 14 2025 19:22:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202 |
| 32671475 | + | EDI: CAPITALONE.COM | Jan 15 2025 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32671476 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 19:31:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 32671477 | + | EDI: DISCOVER | Jan 15 2025 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 32671478 | + | Email/Text: bankruptcy@fco.com | Jan 14 2025 19:23:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 14400 Sweitzer Lane #235, Laurel, MD 20707-3006 |
| 32671479 | + | EDI: AMINFOFP.COM | Jan 15 2025 00:18:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 32671480 | | EDI: IRS.COM | Jan 15 2025 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32671481 | + | Email/Text: bankruptcy@moneylion.com | Jan 14 2025 19:23:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 32671482 | + | EDI: MAXMSAIDV | Jan 15 2025 00:18:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 32671483 | + | EDI: NFCU.COM | Jan 15 2025 00:18:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32671484 | ^ | MEBN | Jan 14 2025 19:21:22 | PayTomorrow, Attn: Bankruptcy, 9920 Kincey Avenue #190, Huntersville, NC 28078-2428 |
| 32671485 | + | Email/Text: compliance@sensibleauto.com | Jan 14 2025 19:23:00 | Sensible Auto Lending, 275 Middlesex Turnpike, Old Saybrook, CT 06475-4209 |
| 32671486 | + | Email/Text: collections@skypointfcu.org | Jan 14 2025 19:23:00 | SkyPoint Federal Credit Union, Attn: Bankruptcy, 19785 Crystal Rock Dr, Ste 201, Germantown, MD 20874-4715 |
| 32672356 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jan 14 2025 19:24:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: 318 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Room 401, Baltimore, MD 21201-2226 |
| 32672355 | | Email/Text: treasuryquestions@frederickcountymd.gov | Jan 14 2025 19:23:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32671488 | + | Email/Text: webadmin@vhllc.co | Jan 14 2025 19:23:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |
| 32671489 | + | EDI: VERIZONCOMB.COM | Jan 15 2025 00:18:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 32671490 | + | EDI: VERIZONCOMB.COM | Jan 15 2025 00:18:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 32671491 | + | EDI: WFFC2 | Jan 15 2025 00:18:00 | Wells Fargo Bank NA, Attention: Bankruptcy, PO Box 6995, Portland, OR 97228-6995 |
| 32671492 | ^ | MEBN | Jan 14 2025 19:20:35 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 16, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sanchez | sanchez@sanchezgarrison.com SanchezAR82863@notify.bestcase.com,asanchez_836@ecf.courtdrive.com |
| Gary A. Rosen | trusteerosen@gmail.com md40@ecfcbis.com,grosen@garyrosenchartered.com,rosengr96483@notify.bestcase.com |

TOTAL: 2

Entered: January 14, 2025
Signed:  January 14, 2025

**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Raifle Alondo Demetrius** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−3335** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:  **24−18542 LSS**   Chapter:  **7** | | |

# Order of Discharge                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Raifle Alondo Demetrius

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**